—0—

FILED
CLERK, U.S. DISTRICT COURT
NOV 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:02-CR-21-GHK |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| Raul Orejel-Martinez | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (X)  the appearance of defendant as required; and/or

    (B)  (X)  the safety of any person or the community.

//
//

The court concludes:

A.   ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will obey conditions of release or refrain from criminal conduct.

(B)   (X)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will obey conditions of release. Also, defendant is in U.S. illegally + has no bail resources.

IT IS ORDERED that defendant be detained.

DATED: 11/19/10

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE